IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30624
Summary Calendar
_____

ROBERT DEEMER,

                                        Plaintiff-Appellant,

versus

ROXIE F. GOYNES-CLARK; KIMBERLY
LEMAIRE; WILLIAM L. KLINE; JOHNNY
CREED; RICHARD L. STALDER, Secretary,
Department of Public Safety and
Corrections; STATE SELF INSURANCE FUND,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 98-CV-648-C
--------------------
February 4, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Robert Deemer, Louisiana state prisoner #120219, appeals
from the district court's dismissal of his civil rights suit as
frivolous.  He argues that the defendants filed false documents
in a state-court proceeding, that defendant Stalder subjected him
to rules that Stalder lacked the authority to enact, that he was
denied access to the Administrative Remedy Procedure, that
Stalder violated his right to equal protection under the law by

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

discriminating against him because he was housed in extended lockdown, that his good-time credits were improperly revoked, and that defendant Creed improperly failed to take administrative action and sanctioned the taking of Deemer's property. We have reviewed the record and find no reversible error. The district court did not abuse its discretion by dismissing Deemer's complaint as frivolous. See Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997). Accordingly, the judgment of the district court is AFFIRMED.